

Department of Homeland Security
811 Canal Street
Manchester, New Hampshire 03101



## U.S. Immigration and Customs Enforcement

Etty THAM / A#96 283 204
70 Fifth St. Apt. #6
Dover, NH  03820

### *Notice of Revocation of Release*

The purpose of this letter is to inform you that your case has been reviewed and it has been determined that you have violated the conditions of the release from custody previously granted to you by U.S. Immigration and Customs Enforcement (ICE) on October 13, 2010. This decision has been made based on review of your case file indicating that you have willfully failed to appear for removal from the United States on February 9, 2012 as ordered.

You are further advised that you have failed to demonstrate both reasonable efforts to comply with your order of removal and cooperation with ICE's efforts to remove you from the United States. Additionally, you are hereby notified that continued willful failure or refusal on your part to make timely applications for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have any questions concerning this notice, you may contact the ICE-ERO Duty Officer in Manchester, NH @ 603-625-5276 x3. Please have your alien registration number ready to assist the officer with the review of specific information relative to your immigration case.

_____           MAR 1 6 2012
Timothy Stevens / SDDO / ERO / Manchester, NH                Date