Office of Enforcement and Removal Operations

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

THAM, Etty
c/o Immigration and Customs Enforcement
Boston Field Office

A 096 283 204

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and a citizen of Indonesia who last entered the United States at Los Angeles, CA as a nonimmigrant visitor. You were issued a Notice to Appear (NTA) charging you under Section 237(a)(1)(B). You were ordered removed by an Immigration Official. You appealed the removal decision with the Board of Appeals and it was dismissed. You filed a Petition for Writ of Habeas with the U.S. District Court. The U.S. District Court dismissed the Petition. You filed a Motion to Reopen (MTR) with the Board of Appeals. The MTR is currently pending. You filed an I-246 Stay of Removal and it was approved until February 9, 2019.

You will remain in ICE custody pending the outcome of your pending litigation.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

_____
Nicole D. Wright
HQ RIO Unit Chief

12-19-18
Date

www.ice.gov

**Decision to Continue Detention**
THAM, Etty A096 283 204
Page 2

---

### PROOF OF SERVICE

**(1)   Personal Service (Officer to complete both (a) and (b) below.)**

(a)  I _Gifford Loyd_, _DO (8599)_,
         Name of ICE Officer                    Title
certify that I served _THAM, ETTY_ with a copy of
                     Name of detainee
this document at _STRAFFORD_ on _12/28/17_, at _0950_.
                 Institution              Date            Time

(b)  I certify that I served the custodian _____,
                                            Name of Official
_____, at _____, on
     Title                    Institution
_____ with a copy of this document.
   Date

### OR

**(2)   Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
     Name of ICE Officer              Title
that I served _____ and the custodian _____.
              Name of detainee                    Name of Official
with a copy of this document by certified mail at _____ on ____.
                                                  Institution           Date

---

Detainee Signature: _Refused to sign_   Date: _12/28/18_

CLAIMS DOES NOT UNDERSTAND WANTS ATTORNEY.
SPEAKS GOOD ENGLISH TO ME.

            _Gifford Loyd DO (8599)_
            _12/28/18_

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File